IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JOSEPH A. BEACH,

      Plaintiff,

v.                                                                2:24-CV-166-Z-BR

GLADYS MOSER,

      Defendant.

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction ("FCR") (ECF No. 7). Plaintiff filed objections on November 12, 2024 ("Objections") (ECF No. 8). There, he alleges only that Defendant is a United States citizen with a Texas driver's license. *Id.* at 1. These foregoing Objections only confirm the FCR's analysis that there is no diversity jurisdiction over Plaintiff's state-law claims.

Thus, it is **ORDERED** that the FCR be **ADOPTED** and Plaintiff's Complaint **DISMISSED** without prejudice for lack of subject matter jurisdiction. The Clerk is further directed to **TERMINATE** Plaintiff's pending motion (ECF No. 6).

**SO ORDERED**.

November 15, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE